1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6  Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendant
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  PARMINDER KHATTTRHA,                )
                                        ) No. C 07-0508 PJH
13                                      )
               Plaintiff,               )
14                                      ) **STIPULATION TO EXTEND DATES;**
       v.                               ) **and [P~~ROPOSED~~] ORDER**
15                                      )
   EMILIO T. GONZALEZ, Director, United States )
16 Citizenship and Immigration Services, )
                                        )
17             Defendant.               )
                                        )
18  _____ )

19     Plaintiff, by and through his attorneys of record, and Defendants, by and through their

20  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

21     1. Plaintiff filed this action on or about January 25, 2007, and Defendants filed their answer on

22  March 26, 2007.

23     2. Pursuant to this Court's January 30, 2007 Order Setting Initial Case Management

24  Conference, the parties are required to file a joint case management statement on April 25, 2007,

25  and attend a case management conference on May 3, 2007.

26     3. In order to allow sufficient time for USCIS to complete its adjudication of Plaintiff's

27  petition, and to determine whether this matter can be resolved without further litigation, the parties

28  hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation to Extend Dates
C07-0508 PJH

1  Last day to file/serve Joint Case Management Statement:   June 21, 2007

2  Case Management Conference:   June 28, 2007, at 2:30 p.m.

3

4  Date: April 18, 2007         Respectfully submitted,

5                               SCOTT N. SCHOOLS
                                United States Attorney
6

7
                                _____/s/_____
8                               ILA C. DEISS
                                Assistant United States Attorney
                                Attorneys for Defendants
9

10

11                              _____/s/_____
   Date: April 18, 2007         JONATHAN KAUFMAN
12                              Attorney for Plaintiff

13
                              **ORDER**
14

15  Pursuant to stipulation, IT IS SO ORDERED.

16

17  Date: 4/20/07
                                _____
18                              PJH
                                Unit... IT IS SO ORDERED
19                              [signature]
                                Judge Phyllis J. Hamilton
20

Stipulation to Extend Dates
C07-0508 PJH